Owen Thomas KING, Appellant,

v.

Ivor B. RICHARDS, Sr., Marcella L. Richards, and Ivor B. Richards, Jr., Appellee.

Ivor B. RICHARDS, Sr., Marcella L. Richards, and Ivor B. Richards, Jr.

v.

Owen Thomas KING, Cross-Appellee.

Nos. 3225, 3226.

Supreme Court of Alaska.

Aug. 31, 1979.

Ronald A. Offret, Edgar Paul Boyko and Associates, Anchorage, for appellant and cross-appellee.

Helen L. Simpson, Anchorage, for appellees and cross-appellants.

**4.** *See* Alaska Const. art. I, § 9.

**152**

OPINION

Before RABINOWITZ, C. J., and CON-NOR, BOOCHEVER, BURKE and MAT-THEWS, JJ.

PER CURIAM.

This matter is again before us following action by the superior court taken in conformity with our opinion in *King v. Richards*, 584 P.2d 50 (Alaska 1978). Being now satisfied that the superior court applied the proper standard of proof, we affirm the judgment of that court.